**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| YEIMY ALEXANDRA AMADOR MOLINA #A243-160-427 | CIVIL ACTION NO. 6:26-2357 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHRISTOPHER BULLOCK, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that that the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2241 by Petitioner Yeimy Alexandra Amador Molina should be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 3rd day of September, 2026.

S. Maurice Hicks

UNITED STATES DISTRICT JUDGE